**KRAWETZKE et v ACKERMAN**

Ohio Appeals, 6th Dist, Sandusky Co

No 244. Decided May 23, 1932

Mr. M. G. Thraves, Fremont, for plaintiff in error.

Messrs. Stahl, Stahl & Stahl, Fremont, for defendant in error.

BY THE COURT

The Constitution gives the right to an owner to defend his property and the evidence in this case shows that is what he was doing. Such defense could not be a violation of an ordinance which, by its terms, prevents firing a gun inside the municipality.

This conclusion renders it unnecessary to determine whether there would be a liability if the ordinance had been violated.

Finding no prejudicial error, the judgment is affirmed.

LLOYD, RICHARDS and WILLIAMS, JJ, concur.